CHARLES M. RIFFLE (SBN: 54410)
SARAH A. BROOKS (SBN: 255679)
TOMASENE A. KNIGHT (SBN: 293127)
AARON, RIECHERT, CARPOL & RIFFLE, APC
900 Veterans Blvd., Suite 600
Redwood City, CA 94063
Telephone: (650) 368-4662
Facsimile: (650) 367-8531

Attorneys for Leslie Mark Gammill, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MARK GAMMILL,<br><br>  Plaintiff,<br><br>vs.<br><br>DANIEL DUGGAN, et. al.,<br><br>  Defendants. | Case Number: 3:14-cv-01274-JCS<br><br>STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |

    IT IS HEREBY STIPULATED by and between Defendant the United States of America and Plaintiff Leslie Mark Gammill, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2, that good cause exists and the parties request that the Court continue the Case Management Conference currently scheduled for October 31, 2014 by approximately 90 days, in order to allow the parties to secure the terms of a negotiated resolution. Specifically, the parties hereto respectfully request that the Case Management Conference currently scheduled for October 31, 2014, be continued until January 23, 2015 at 2:00 p.m. The requested extension is not being made for purposes of delay, but to allow the

1  parties to attempt to resolve the case without the Court's involvement. The parties have
2  previously requested one extension in this matter.
3
4  Respectfully submitted this 6th day of October, 2014,
5
6                                                            MELINDA HAAG
                                                             United States Attorney
7
8  _____              _____
   CHARLES M. RIFFLE                        MICHAEL G. PITMAN
9  SARAH A. BROOKS                          Assistant United States Attorney
   TOMASENE A. KNIGHT
10 Aaron, Riechert, Carpol & Riffle, APC    Attorneys for the United States of America
11 900 Veterans Boulevard, Suite 600
   Redwood City, CA 94063-0787
12
13 Attorneys for Plaintiff Leslie Mark
   Gammill
14
15
16                               [PROPOSED] ORDER
17         Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that
18 the Case Management Conference currently scheduled for October 31, 2014 is continued until
19 January 23, 2015 at 2:00 pm. Joint case management conference statement due 1/16/15.
20
21
22 SO ORDERED this  9   day of   October                   2014.
23
24
25                                                _____
26                                                THE HONORABLE JOSEPH C. SPERO
                                                  UNITED STATES MAGISTRATE JUDGE
27
28

Page 2 of 2

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CIVIL NO. 3:13-CV-01274-JCS